IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 5 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NADIR OMAR ABDULLAH BIN,  )
SA'ADOUN ALSA'ARY a/k/a AHMED  )
OMAR,  )
       )
                        Petitioner,  )  Civil Action No. 09-0745 (RCL)
     v.  )
       )
BARACK OBAMA, *et al.*,  )
       )
                Respondents.  )

### [PROPOSED] ORDER

This matter coming before the Court on Petitioner's Status Report/Unopposed Motion to Continue Stay, and having considered the entire record, the Court finds that the motion should be GRANTED.

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report no later than September 4, 2012. It is further

**ORDERED** that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is further

**ORDERED** that this case is STAYED until September 4, 2012. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date: _____6/4/12_____

_____
UNITED STATES DISTRICT JUDGE